**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| |
|---|
| UNITED STATES OF AMERICA <br><br> v. <br><br> DANNY JOSEPH, <br><br>             Defendant. |

Docket No. 10-0573-001 (SRC)

Criminal Matter

ORDER MODIFYING JUDGMENT OF
CONVICTION OF FEBRUARY 23, 2011

THIS MATTER having been opened to the Court by Joshua P. Cohn, CJA appointed counsel for Danny Joseph, on notice to and with the consent of the United States (Assistant United States Attorney Rodney Villazor appearing); and on notice to and without objection from the United States Probation Department (Probation Officer Joseph Empirio appearing); and defendant having been sentenced before this Court on February 23, 2011 and a Judgment of Conviction memorializing the terms of the sentence having been filed on that date; and for good cause appearing:

IT IS on this ___26___ day of ___Oct___ 2011

HEREBY ORDERED as follows:

1. Effective as of the date of entry of this Order, Page 3 of the February 23, 2011 Judgment of Conviction regarding Residential Reentry Center Placement is hereby amended such that defendant shall not be obligated to make subsistence payments in conjunction with the completion of the Residential Reentry Center

Placement (Halfway House) component of his sentence and such subsistence payments shall no longer be due and owing from defendant.

2. All other terms and conditions of the February 23, 2011 Judgment of Conviction shall remain in full force and effect.

3. A copy of this Order shall be served on all counsel and the United States Probation Department upon its entry.

HON. STANLEY R. CHESLER, U.S.D.J.