PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Danny Joseph

Cr.: 10-00573-001
PACTS #: 57810

Name of Sentencing Judicial Officer: Stanley R. Chesler, US District Court Judge

Date of Original Sentence: 02/23/11

Original Offense: Possession of a Firearm by a Convicted Felon

Original Sentence: 9months incarceration followed by 36 months supervised release; $100 special assessment fee; alcohol/drug testing/treatment; residential re-entry center for 8 months; and no gang association.

Type of Supervision: Supervised Release      Date Supervision Commenced: 02/23/11

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number | Nature of Noncompliance

1 | The offender has violated the special condition which states, **'The defendant shall refrain from illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance.'**

On December 12, 2012, the offender submitted a urine sample which tested positive for marijuana. Despite laboratory verification of the positive marijuana result, the offender denied drug use.

U.S. Probation Officer Action:

The offender has been verbally reprimanded for his noncompliance, and our office will increase urine testing. If any other instances of non-compliance arise, the Court will be notified.

Respectfully submitted,
Maureen Kelly
By: Suzanne Golda
U.S. Probation Officer
Date: 1/29/13

*The Court's endorsement of this petition will serve as an official written reprimand to the offender unless the Court directs that additional action be taken as follows:*

[✓] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

_____
Signature of Judicial Officer

2/6/13
_____
Date